IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:05CV455-MU

| | |
|---|---|
| L&H TECHNOLOGIES, INC. d/b/a LIVINGSTON & HAVEN RACING,<br><br>Plaintiff,<br><br>vs.<br><br>TECHNOSPORTS, INC. and FORD MOTOR COMPANY d/b/a FORD RACING TECHNOLOGY,<br><br>Defendants. | **ORDER ALLOWING FILING OF DOCUMENTS UNDER SEAL** |

The Court, upon Motion of the parties to allow for the filing of documents under seal, hereby finds that said Motions should be granted.

IT IS THEREBY ORDERED, ADJUDGED AND DECREED that Exhibit C to the Affidavit of Craig Hill filed on December 2, 2005 shall be filed with the Court under seal.

JAH:367532 v1
7192.0101

**Signed: January 20, 2006**

*Graham C. Mullen*
Graham C. Mullen
Chief United States District Judge