IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV455-MU

| | | |
|---|---|---|
| L&H TECHNOLOGIES, INC., d/b/a LIVINGSTON & HAVEN RACING, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER |
| TECHNOSPORTS, INC. And FORD MOTOR COMPANY d/b/a FORD RACING TECHNOLOGY, | ) ) ) ) | |
| Defendants. | ) ) | |

This matter is before the court upon Defendant Technosports, Inc.'s Motion to Dismiss or, in the Alternative, to Stay. For the reasons stated in this court's Order of January 20, 2006, IT IS THEREFORE ORDERED that this motion is hereby DENIED.

Signed: February 1, 2006

Graham C. Mullen
United States District Judge